UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
:
DIGNA LARA,                                                              :
:
                     Plaintiff,                                 :
:    20 Civ. 10383 (JPC)
      -v-                                                             :
:    <u>ORDER</u>
PORT AUTHORITY OF NEW YORK AND NEW                :
JERSEY and JETBLUE AIRWAYS CORPORATION,   :
:
                     Defendants.                             :
:
------------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

        Defendants filed a motion for summary judgment on June 8, 2022.  Dkts. 26-31.  As part of their motion, Defendants submitted an affirmation by Brian K. Friedman, Dkt. 29, to which a portion of a lease agreement was attached as Exhibit A.  By February 21, 2023, Defendants shall file a properly authenticated version of the full lease agreement, with signature pages, including any necessary affirmation by someone with appropriate knowledge.

        SO ORDERED.

Dated: February 13, 2023
       New York, New York

                                          JOHN P. CRONAN
                                        United States District Judge