8 Madison Avenue, 2nd Floor    31-00 47th Avenue, Suite 3100<br>
Valhalla, NY 10595    Long Island City, NY 11101<br>
p 914.948.8044    F 914-948-8058

**Alimonti Law Offices, P.C.**

www.alony.com      Reply to Valhalla Office: fpa@alony.com

March 1, 2023

VIA ECF
Hon. John P. Cronan
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007-1312

> The request is granted. The conference currently scheduled for March 3, 2023 is adjourned until March 20, 2023 at 11:30 a.m. in Courtroom 12D of 500 Pearl Street, New York, New York 10007.
>
> SO ORDERED.
> Date: March 2, 2023
> New York, New York
>
> _____
> JOHN P. CRONAN
> United States District Judge

Re: *Lara v. JetBlue et al*
<u>20 Civ. 10383 (JPC)</u>
Our Ref: JB203

Dear Judge Cronan:

My firm represent Defendant JetBlue Airways Corporation, and I write, with the consent of Plaintiff's counsel, to request a brief adjournment of the conference in this matter, currently set for this Friday March 3, 2023, at 9:30 AM. We request an adjournment of two weeks (or to such other date as the Court may designate) to March 17, 2023.

Given the denial of JetBlue's portion of Defendants' summary judgment motion, I have obtained additional settlement authority, and Plaintiff's counsel, Christopher Dean, and I are actively discussing settlement and making progress.

The Court has granted several extensions relating to discovery (Docs.11, 13 & 15). This is the first request for an adjournment with respect to the Status Conference set at Docket #37.

I apologize for running afoul of the 48-hour notice requirement and appreciate Your Honor's time and consideration.

Respectfully submitted,

Frederick Alimonti (FA9651)
Counsel for JetBlue Airways Corporation
(with Plaintiff's counsel's consent)